**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7584**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MORRIS EUGENE HAYES, a/k/a Easy,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CR-94-163, CA-98-366)

_____

Submitted:  February 23, 1999        Decided:  April 1, 1999

_____

Before LUTTIG and MOTZ, Circuit Judges, and HALL, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Morris Eugene Hayes, Appellant Pro Se.  Laura P. Tayman, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Morris Eugene Hayes seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Hayes, Nos. CR-94-163; CA-98-366 (E.D. Va. Sept. 3, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2